original

| | |
|---|---|
| FULL NAME<br>**BRALA BEVERLY**<br>COMMITTED NAME (if different)<br><br>FULL ADDRESS INCLUDING NAME OF INSTITUTION<br>**BRALA BEVERLY 9663 SANTA MONICA BLVD #1115**<br>**BEVERLY HILLS, CA 90210**<br>PRISON NUMBER (if applicable) | FILED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br><br>APR 2 4 2020<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRALA BEVERLY**       PLAINTIFF,<br>v.<br>**ORANGE COUNTY SHERIFF DOES 1-1000**   DEFENDANT(S). | CASE NUMBER<br>**8:20-cv-00797 JGB (PJW)**<br>*To be supplied by the Clerk*<br><br>**CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☒ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   a. Parties to this previous lawsuit:
      Plaintiff N/A _____

      Defendants _____

   b. Court _____

   c. Docket or case number _____
   d. Name of judge to whom case was assigned _____
   e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
   f. Issues raised: _____

   g. Approximate date of filing lawsuit: _____
   h. Approximate date of disposition _____

B. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

   1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No    EXHIBIT B of complaint page 13

   2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

      If your answer is no, explain why not _____

   3. Is the grievance procedure completed? ☒ Yes  ☐ No

      If your answer is no, explain why not _____

   4. Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**

   This complaint alleges that the civil rights of plaintiff __BRALA BEVERLY__
                                                              (print plaintiff's name)
   who presently resides at 9663 SANTA MONICA BLVD #1115 BEVERLY HILLS, CA, 90210 ,
                              (mailing address or place of confinement)
   were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
   ORANGE COUNTY SHERIFF, ORANGE COUNTY JAILS _____
                       (institution/city where violation occurred)

---

CV-66 (7/97)                           **CIVIL RIGHTS COMPLAINT**

                                                                          Page 2 of 12

on (date or dates) __9/23/19__ , __9/24/19__ , __9/25/19__ .
(Claim I)  (Claim II)  (Claim III)

*All claims same dates I - V five claims*

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __ORANGE COUNTY SHERIFF__ resides or works at
   (full name of first defendant)
   __333 WEST SANTA ANA BLVD SUITE 465 SANTA ANA, CA. 92701__
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   HELD PLAINTIFF IN ORANGE COUNTY JAILS WITH ZERO REGARD FOR LEGAL GENDER, PLACING IN JAILS NOT LEGAL GENDER STATED ON CURRENT ID, THEREBY INFLICTING CRUEL AND UNUSUAL PUNISHMENT

2. Defendant __N/A__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant __N/A__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant __N/A_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant __N/A_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. **CLAIMS***

## CLAIM I

The following civil right has been violated:

First cause of action-4.14 State Created Danger-Orange County Sheriff stated it does not honor the legal gender stated on state and federal ID of transgender inmates. The social phenomenon of the transgender population is that individuals are customarily not viewed as traditional gender individuals based on biology at birth. There is therefore no such thing as protective custody for a transgender woman in a male prison. The sheriff and police were constantly notified by Brala Beverly placing her in not legal gender jail was an endangerment to her safety. Immediately upon entering the permanent cell area, dozens of inmates screamed their intentions to rape or kill Brala Beverly. Brala sat down outside the entry crying and demanding to see a doctor. The officer said this was the price of being in prison. Brala, as a not convicted misdemeanor arrestee was placed in a cell with a man who stabbed his wife and had many years of sentencing. He and others discussed rape and murder plans for Brala Beverly who fortunatately was in prison for 3 days on false 9 year old $2 drink theft warrant and was able to leave alive. This violated 14th amendment of the constitution for equal protection under the law, and meets the four elements required by the code: foreseeable harm, deliberate indifference, Brala distinguished from public at large, police indifference made Brala more vulnerable to danger than the rest of the prison population

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The police officer bringing Brala Beverly to her permanent cell area witnessed the verbal threats made simultaneously by dozens of inmates threatening rape and murder and stating her trans status. The officer said that was the price of prison and refused to allowed Brala to see a doctor. Numerous officers, including the sheriff, berated Brala about her gender throughout her 3 day time in jail as an innocent wrongly accused inmate found not guilty after release from prison. They told her transgender does not exist, it is just a gay person. They also repeatedly discussed genitals with her, knowing her state ID as female due to her transgender psychological state, behavior and outward social appearance. Brala Beverly has lived openly transgender since teens and never used a men's restroom as an adult, let alone experienced a male prison. Brala Beverly has not seen family for decades as they do not like transgender people. Brala has been on national TV told she can't get work in the music business for being transgender. It was vicious dangerous and negligent of the police to pretend transgender is not something the prison population would notice, or somehow would respond to indifferently, when nothing about society says that would happen. (See Exhibit A for arrest details for all causes of action for this complaint - Prsell)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

CLAIM II

The following civil right has been violated:

Second Cause of Action: California Assembly Bill 1400, 2005 Civil Rights Act amending the Unruh Act to include equal access and non discrimination to public accommodations for individuals regardless of gender identity. Refusal of California state police for the county of Orange to honor this state law in its prison placements violates the 14th amendment of the constitution.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The police officer bringing Brala Beverly to her permanent cell area witnessed the verbal threats made simultaneously by dozens of inmates threatening rape and murder and stating her trans status. The officer said that was the price of prison and refused to allowed Brala to see a doctor. Numerous officers, including the sheriff, berated Brala about her gender throughout her 3 day time in jail as an innocent wrongly accused inmate found not guilty after release from prison. They told her transgender does not exist, it is just a gay person. They also repeatedly discussed genitals with her, knowing her state ID as female due to her transgender psychological state, behavior and outward social appearance. Brala Beverly has lived openly transgender since teens and never used a men's restroom as an adult, let alone experienced a male prison. Brala Beverly has not seen family for decades as they do not like transgender people. Brala has been on national TV told she can't get work in the music business for being transgender. It was vicious dangerous and negligent of the police to pretend transgender is not something the prison population would notice, or somehow would respond to indifferently, when nothing about society says that would happen.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## D. CLAIMS*

**CLAIM III**

The following civil right has been violated:

Third cause of action-Fourth Amendment of the Constitution-Unreasonable Searches

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Incorporates all facts for first and second caused of action, while focusing on the intrusion on

the biology at birth of a transgender inmate in prison by the Orange County police despite legal state

and federal ID of the individual not matching that due to transgender status. Forcing Brala

to shower in front of other gendered individuals constitutes an unreasonable search upon her

naked body in order to shower, to which she therefore declined to do during 3 day prison stay,

being deprived of the right to privacy as to gender despite police knowing she was being targeted

by inmates over gender, threatened for being raped constantly during stay, regardless of biology at birth.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

## CLAIM IV

The following civil right has been violated:

Fourth Cause of Action, Bane Act of California Section 52.1-refusal of Orange County police to recognize Brala Beverly, whose legal state and federal ID is female, as a member of a protected class, instead coercing her to stay in various jail cells with men convicted or held on violent crimes, including the permanent cell mate who indicated he stabbed his wife. This establishes an eighth amendment of the US constitution rights violation and caused cruel and unusual punishment on Brala Beverly

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Incorporates all facts for first and second caused of action, while focusing on the protected class status of Brala Beverly being ignored by Orange County police who cannot reasonably claim placing a transgender woman in men's prison is protecting her I any way. Brala Beverly was even screamed sexual obscenities at by inmates who could see her from other cells, even when placed in a cell alone while being transported from time to time. Police knowingly ignored the transgender legal status of Brala Beverly by placing her in a men's prison, where she was easily far more endangered than in a women's prison, and where her gender was not consistent with the prison population.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**D. CLAIMS***

CLAIM V

The following civil right has been violated:

Fifth Cause of Action-Ralph Civil Rights Act California section 51.7 states the individuals have the right to be free from threats of violence regardless of gender identity or perceived protected class status. Refusal to adhere to this law is a violation of the eight amendment of the constitution and shows cruel and unusual punishment for a stay in state prison beyond the punishment an arrestee should endure.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Incorporates all facts for first and second caused of action, while focusing on the violent threats made to Brala Beverly by Orange County police, who threatened to attack Brala on numerous occasions during scenes when her legal gender was discussed and berated by police and inmates alike. In one instance three police women acknowledged they would do the strip search of Brala Beverly upon entry due to her legal gender status but threatened to make her go down on the floor and be assaulted for not opening her mouth fast enough. In another instance an officer threatened violence if she did not enter her cell while inmates were making threats of rape and violence on her. In another instance an officer said she was on meth for no reason likely other than her gender. In another instance an officer said he did not care if she stayed in prison the rest of her life, guilty of a crime or not, due to her gender. In another instance, an officer insisted there is no such thing as transgender. In another instance , the sheriff said transgender women are no different than gay men. Orange County police threatened violence repeatedly upon Brala Beverly directly and indirectly during her 3 day prison holding due to her gender.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

This is a complaint for general and punitive damages over $25,000.00 where the claim form to the board of supervisors was previously submitted as required by statute. This Complaint also seeks declaratory and injunctive relief so that transgender inmates whether male or female are not sent to the gender not of their legal state or federal ID any longer. $10,000,000.00 cited here and in County Claim. A Demand for a Jury Trial is hereby made.

4-06-20
(Date)

(Signature of Plaintiff)

CV-66 (7/97)      **CIVIL RIGHTS COMPLAINT**      Page 10 of 12

# Exhibit A

**NEWPORT BEACH POLICE DEPARTMENT**
**BOOKING REPORT**

09/23/2019 20:2

| | |
|---|---|
| Name | BEVERLY, BRALA |
| Status | Active |
| Cell Location | JAIL, INTERVIEW, INT2, 1 |
| Name ID | 377464 |
| Booking # | *JM163409* |

Booking Officer: DEROCILI, M. (1476)
Fingerprint Officer: A. J. (1585)
...TON, M. (1409)

...CA BLVD 1115
..., CA 90210

| Local ID (Names) | N/A | |
|---|---|---|
| Race | W | |
| Sex | F | |
| Hair | BLN | |
| Eye | BLU | |
| Age | 46 | |
| Height | 5'07 | |
| Weight | 120 | |
| Marital Status | Single, 0 Dependents | |

*IM37746

11

EXHIBIT B



Second Amended
# CLAIM FOR MONEY OR DAMAGES
## AGAINST THE COUNTY OF ORANGE
(Pursuant to Govt. Code section 910 et seq.)

**RECEIVED**
Received by: ✗
☐ Mail
☒ Over the Counter   2020 JAN -2  AM 11: 39
☐ Pony Mail          CLERK OF THE BOARD
☐ Other              ORANGE COUNTY
                     *** COPY *** BOARD OF SUPERVISORS

Completed and signed forms must be mailed or delivered to: Clerk of the Board of Supervisors
(Unsigned claim forms cannot be processed)   333 W. Santa Ana Blvd., Suite 465
Santa Ana, CA 92701

## CLAIMANT INFORMATION

1. Claimant's Name: Braig Beverly      2. Date of Birth: 1/4/73
3. Claimant's Address: 9663 Santa Monica Blvd #1115, Beverly Hills, CA 90210
   Street (or P.O. Box)   City   State   Zip Code
4. Phone Number: 949 560 7560
   Home        Work        Other
5. Name and address where correspondence should be sent (if different from above):
   Name   Street (or P.O. Box)   City   State   Zip Code

## CLAIM INFORMATION

Date (including year) of the occurrence or transaction which gave rise to the claim
9/23/19

Exact location of the occurrence or transaction which gave rise to the claim asserted:
County jail, Santa Ana and Orange, CA

Describe circumstances of the occurrence or transaction which you claim caused the damage/injury/loss: Police disregard of legal gender, wrong gender prisons in violation of 4th Amendment, 8th Amendment of US Constitution, Bane Act, Ralph Act 52.1, 51.7

Claim Number: 0186319   Police Agency/Report Number: Newport cases Beach JM16 3405

Amount of the damage/injury/loss incurred so far as is known as of the time of presentation of this claim: Disregard of transgender, harassment by inmates, threats to cell with man and murder of me etc Monroe   ACLU hate protections 12

Page 1 of 2



U.S. POSTAGE PAID
FC PKG RTL
WEST HOLLYWOOD, CA
90048
APR 20, 20
AMOUNT
$5.30
R2304M113775-13

US District
Court, unlimited civil
411 West 4th St.
Santa Ana, Ca
92701

4663 Santa
Monica Blvd
#115
Beverly
Hills, Ca.
90210

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 24 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

USPS TRACKING® NUMBER
9500 1148 6319 0111 0825 38