**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRALA BEVERLY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ORANGE COUNTY SHERIFF, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:20-cv-797-JGB (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

1    IT IS THEREFORE ORDERED that (1) defendant's Motion to Dismiss
2 (docket no. 27) is granted, and (2) judgment will be entered dismissing the First
3 Amended Complaint and this action without leave to amend.

6 DATED:   December 13, 2021

                                          HONORABLE JESUS G. BERNAL
                                          UNITED STATES DISTRICT JUDGE