JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRALA BEVERLY,  <br>　　　　Plaintiff,  <br>　　　v.  <br>ORANGE COUNTY SHERIFF, et al.,  <br>　　　　Defendants. | ) Case No. 8:20-cv-797-JGB (SP)  <br>)  <br>)  <br>) **JUDGMENT**  <br>)  <br>)  <br>)  <br>) |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: December 13, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE